THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
John David Boitano,       
Respondent,
 
 
 

v.

 
 
 
PeopLease, as employer, and USF&G, as carrier,       
Appellant.
 
 
 

Appeal From Charleston County
A. Victor Rawl, Circuit Court Judge

Unpublished Opinion No. 2003-UP-614
Submitted August 20, 2003  Filed October 21, 2003 

AFFIRMED

 
 
 
C. Mac Gibson, Jr., of Washington, D.C., for Respondent.
Darryl D. Smalls, of Columbia, for Appellant.
 
 
 

PER CURIAM: The South Carolina Workers 
 Compensation Commission found John David Boitanos back, leg, and groin injuries 
 were compensable.  The commissions decision was affirmed by the circuit court, 
 and Boitanos employer, PeopLease, appeals.  We affirm 
 [1] pursuant to Rule 220, SCACR, and the following authorities:  S.C. Code 
 Ann. § 1-23-350 (1986) (final agency decisions must include findings of fact); 
 S.C. Code Ann. § 42-9-40 (1976) (listing five elements for proving claim for 
 hernia);  Adams v. Texfi Industries, 341 S.C. 401, 404, 535 S.E.2d 124, 
 125 (2000) (findings of an agency are not to be set aside if substantial evidence 
 supports the findings and they are free of legal error);  Brown v. R.L. Jordan 
 Oil Co., 291 S.C. 272, 275, 353 S.E.2d 280, 282 (1987) (stating injuries 
 arising from aggravation of preexisting conditions are compensable); Vulcan 
 Materials Co. v. Greenville County, 342 S.C. 480, 494, 536 S.E.2d 897, 899 
 (Ct. App. 2000) (Generally, the format of a final decision is immaterial as 
 long as the substance of the decision is sufficiently detailed so as to allow 
 a reviewing court to determine if the decision is supported by the facts of 
 the case.).
AFFIRMED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1]   We affirm this case without oral argument pursuant 
 to Rule 215, SCACR.